UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2025

Nathan Ochsner
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CRIMINAL NO. |
| EDGAR ALEJANDRO VILLARREAL aka FRESA  | § | B-25-035 |

Partially
UN **SEALED** 1/28/25
**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT ONE

From on or about September 15, 2021, through on or about the date of indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendants,

**EDGAR ALEJANDRO VILLARREAL aka FRESA,**



did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about April 15, 2024, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**EDGAR ALEJANDRO VILLARREAL aka FRESA,**



did knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms, that is, approximately 8.8 kilograms (19.3 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 26, 2024, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EDGAR ALEJANDRO VILLARREAL aka FRESA,**

did knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms, that is, approximately 8.24 kilograms (18.1 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_/s/ Oscar Ponce_____
Oscar Ponce
Assistant United States Attorney