VR
1/14/25
BROWNSVILLE DIVISION
FILE: 2025R00305

PARTIALLY
UN SEALED 1/28/25
OCDETF
CRIMINAL DOCKET

NO. B-25-035

SEALED INDICTMENT
COUNTY: CAMERON

Filed: JANUARY 22, 2025

Judge: **Rolando Olvera**

**ATTORNEYS:**

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, ACTING USA

VS.

OSCAR PONCE, AUSA

EDGAR ALEJANDRO VILLARREAL aka FRESA   (YOB: 1988)  USC   -WARRANT-

[redacted]

**CHARGE:**  Ct. 1: Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine
Total            21 USC 846, 841(a)(1), and 841(b)(1)(A)
Counts      Ct. 2: Possession with intent to distribute more than 5 kilograms, that is, approximately
( 3 )              8.8 kilograms (19.3 pounds) of cocaine
                    21 USC 841(a)(1), 841(b)(1)(A), and 18 USC 2
              Ct. 3: Possession with intent to distribute more than 5 kilograms, that is, approximately
                    8.24 kilograms (18.1 pounds) of cocaine
                    21 USC 841 (a)(1), 841(b)(1)(A) and 18 USC 2

**PENALTY:**  10 years to life and/or fine not to exceed $10,000,000, plus supervised release term of at least 5 years up to life as to each count

In Jail:
On Bond:
No Arrest: X
DEA: Tyler Hay

**P R O C E E D I N G S:**